(No. 713—Claimant awarded $631.00.)

A. C. CLARK & Co., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*refund may be made.* This case is similar to that of *Herenden Milling Co.* v. *State, supra,* and the decision of the court there announced governs this claim.

BULKEY, MOORE & TALLMADGE, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for the recovery of franchise tax amounting to $631.00, erroneously paid to the Secretary of State of the State of Illinois in the year 1921.

The demurrer filed by the Attorney General of the State of Illinois is, as a matter of law, sustained.

On the grounds of equity and social justice, we award claimant the sum of $631.00.